CARTER, C.J.,
dissenting.
11 Although I agree with the majority’s well reasoned analysis of the merits of this appeal, I am of the opinion that the judgment before the court does not meet the requirement of being precise, definite and certain. See Vanderbrook v. Coachmen Industries, Inc., 01-0809 (La.App. 1 Cir. 5/10/02), 818 So.2d 906, 913. Because the judgment is defective in this regard, I am of the opinion that this court lacks appellate jurisdiction. See LSA-C.C.P. art. 2083; Laird v. St Tammany Parish Safe Harbor, 02-0045 (La.App. 1 Cir. 12/20/02), 836 So.2d 364, 366. Thus, I respectfully dissent.